Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

# UNITED STATES DISTRICT COURT
### for the

District of Columbia ☑

_____ Division

MAY CHEN et.al.

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

–v–

DISTRICT OF COLUMBIA
THE SALVATION ARMY HARBOR LIGHTS CENTER
ADAMS PLACE NE HOMELESS SHELTER
STATE OF MARYLAND et.al.

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. )
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case: 1:26–cv–00058 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 1/7/2026
Description: Pro Se Gen. Civ. (F–DECK)

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
## DEFENDANT OWES PLAINTIFF A SUM OF MONEY
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MAY CHEN et.al. |
| Street Address | 4713 Wisconsin Ave NW |
| City and County | DC |
| State and Zip Code | DC 20016 |
| Telephone Number | |
| E-mail Address | nationalhealthcarefdn@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED
JAN 07 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

Defendant No. 1

| | |
|---|---|
| Name | District of Columbia |
| Job or Title *(if known)* | Representative |
| Street Address | 441 4th St NW |
| City and County | DC |
| State and Zip Code | DC 20001 |
| Telephone Number | |
| E-mail Address *(if known)* | chad.copeland@dc.gov  stephanie.litos@dc.gov |

Defendant No. 2

| | |
|---|---|
| Name | The Salvation Army Harbor Lights Center |
| Job or Title *(if known)* | Representative |
| Street Address | 2400 New York Ave NE |
| City and County | DC |
| State and Zip Code | DC 20002 |
| Telephone Number | |
| E-mail Address *(if known)* | OPRMI@dc.gov |

Defendant No. 3

| | |
|---|---|
| Name | Adams Place NE Homeless Shelter |
| Job or Title *(if known)* | Representative |
| Street Address | 2210 Adams Place NE |
| City and County | DC |
| State and Zip Code | DC 20018 |
| Telephone Number | |
| E-mail Address *(if known)* | OPRMI@dc.gov |

Defendant No. 4

| | |
|---|---|
| Name | State of Maryland |
| Job or Title *(if known)* | Representative |
| Street Address | 200 St. Paul Place |
| City and County | Baltimore |
| State and Zip Code | Maryland |
| Telephone Number | |
| E-mail Address *(if known)* | civilrights@oag.state.md.us |

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*    May Chen et.al.,    , is a citizen of the State of *(name)*    .

2.    If the plaintiff is a corporation

The plaintiff, *(name)*    , is incorporated under the laws of the State of *(name)*    ,

and has its principal place of business in the State of *(name)*    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)*    , is a citizen of the State of *(name)*    . Or is a citizen of *(foreign nation)*    .

2.    If the defendant is a corporation

The defendant, *(name)*    District of Columbia et.al.    , is incorporated under the laws of the State of *(name)*    DC    , and has its principal place of business in the State of *(name)*    DC    .

Or is incorporated under the laws of *(foreign nation)*    ,

and has its principal place of business in *(name)*    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Criminal Prosecution
$885000000000000000000000000 USD
Barring Notice, Injunction Relief

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, *(name)* _____, owes the plaintiff *(specify the amount)* $ _____, because *(use one or more of the following, as appropriate)*:

### A.    On a Promissory Note

On *(date)* _____, the defendant signed and delivered a note promising to pay the plaintiff on *(date)* _____ the sum of *(specify the amount)* $ _____ with interest at the rate of *(specify the amount)* _____ percent. The defendant has not paid the amount due and owes *(state the amount of unpaid principal and interest)* $ _____. A copy of the note is attached as an exhibit or is summarized below. *(Attach the note or summarize what the document says.)*

### B.    On an Account Between the Parties

The defendant owes the plaintiff *(specify the amount)* $ _____. This debt arises from an account between the parties, based on *(state the basis, such as an agreement between a credit–card company and a credit–card holder)*

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes *(specify the amount)* $ _____. Copies of the bills or account statements are attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)*

**C.      For Goods Sold and Delivered**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for goods sold and delivered

by the plaintiff to the defendant from *(date)* _____ to *(date)* _____ .

**D.      For Money Loaned**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for money the plaintiff loaned

the defendant on *(date)* _____ .

**E.      For Money Paid by Mistake**

The defendant owes the plaintiff *(specify the amount)* $ _____ for money paid by mistake to

the defendant on *(date)* _____ , when the defendant received the payment from *(specify who*

*paid and describe the circumstances of the payment)*

**F.      For Money Had and Received**

The defendant was paid money *(specify the amount)* $ 99,999,999,999.00 on *(date)* 12/05/2025 by

*(identify who paid and describe the circumstances of the payment)*
Default Judgment $88500000000000000000000000000 USD

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such as*

*that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a*

*deposit to be returned)*
Pursuant to F. R. C. P. Rule 55, Rule 12, F. R. App.P. Rule 31, Suprme Court Rule 10-14, Rule 20, etc.,
that the Defendants owe Plaintiff $88500000000000000000000000000 USD based on the facts, evidence,
applicable law, court rules, docket sheet etc.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

1. Crimiinal Prosecution
2. Monetary Penalties $8850000000000000000000000000 USD
3. Permanent Barring Notice, Injunction Relief

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          01/02/2026    (NO Extension of the time)

Signature of Plaintiff     May Chen      MAY CHEN

Printed Name of Plaintiff   MAY CHEN

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address